UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE LAVELL FROST, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br>_____ ) | CASE NO.  C05-2109-TSZ-MJB <br> (CR01-325-TSZ) <br><br> REPORT AND RECOMMENDATION |

      Petitioner is a federal prisoner who was sentenced on August 31, 2005 to 18 months of imprisonment for eight violations of conditions of probation/supervised release.  Dkt. #52 in Case No. CR01-325-TSZ.  Petitioner has filed a *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Dkt. #1 in Case No. C05-2105-TSZ.  The motion was referred to the undersigned United States Magistrate Judge on December 30, 2005.  Dkt. #4.

      A review of the docket sheet in Case No. CR01-325-TSZ reveals that petitioner's direct appeal of his sentence is pending before the Ninth Circuit Court of Appeals.[1]  Dkt. #49 in Case No. CR01-325-TSZ.  Therefore, petitioner's § 2255 motion is premature.  *See United States v. Deeb*, 944 F.2d 545, 548 (9th Cir. 1991) (holding that district courts should not entertain

---

[1] Petitioner also acknowledges in the current § 2255 motion that his appeal is still pending. Dkt. #1 at 2.

REPORT AND RECOMMENDATION
Page - 1

collateral attacks while a direct appeal is pending). Accordingly, I recommend that petitioner's § 2255 motion be dismissed without prejudice. A proposed Order accompanies this Report and Recommendation.

DATED this 5th day of January, 2006.

_____
MONICA J. BENTON
United States Magistrate Judge

REPORT AND RECOMMENDATION
Page - 2