UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE LAVELL FROST, )
 )
    Petitioner, ) CASE NO.  C05-2109-TSZ-MJB
 ) (CR01-325-TSZ)
v. )
 )
UNITED STATES OF AMERICA, ) ORDER DISMISSING
 ) PETITIONER'S § 2255 MOTION
    Respondent. )
_____)

    The Court, having reviewed Petitioner's § 2255 motion, the Report and Recommendation of Judge Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Dkt. #1) is DISMISSED without prejudice as premature.  *See United States v. Deeb*, 944 F.2d 545, 548 (9th Cir. 1991)..

(3)    The Clerk is directed to send a copy of this Order to petitioner and to Judge Benton.

DATED this 14th day of February, 2006.

                                        Thomas S. Zilly
                                        United States District Judge

ORDER DISMISSING PETITIONER'S
§ 2255 MOTION  - Page 1